**James Onard HILL, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28563.**

Court of Criminal Appeals of Texas.

Nov. 7, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the felony offense of driving while intoxicated, as defined in Art. 802b, Vernon's Ann.P.C.; the punishment, a fine of $250.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

---

**C. W. HANKINS, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28572.**

Court of Criminal Appeals of Texas.

Nov. 7, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is aggravated assault; the punishment, 30 days in jail and a fine of $75.

No statement of facts accompanies the record.

The court's refusal of appellant's requested special charge cannot be appraised in the absence of a statement of facts. Conwell v. State, Tex.Cr.App., 258 S.W.2d 86.

The judgment of the trial court is affirmed.